# THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| AMERICAN RAILCAR INDUSTRIES, INC. | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | Case No. 16-1420 |
| THE FEDERAL RAILROAD ADMINISTRATION, *et al.* | ) ) ) ) ) | |
| Respondents. | ) | |

## STIPULATION FOR VOLUNTARY DISMISSAL

In accordance with the terms of a settlement agreement between the parties, petitioner and respondents hereby jointly dismiss, with prejudice, the above captioned petition for review pursuant to Federal Rule of Appellate Procedure 42(b). Each side will bear its own costs.

Respectfully submitted,

| | |
|---|---|
| K&L GATES LLP | U.S. DEPARTMENT OF JUSTICE |
| /s/ Barry M. Hartman_____ | /s/ Nitin Shah (by consent)_____ |
| Barry M. Hartman | Matthew M. Collette |
| Pamela J. Garvie | Nitin Shah |
| Theodore L. Kornobis | Attorneys, Appellate Staff |
| 1601 K Street, N.W. | Civil Division, Room 7245 |
| Washington, D.C. 20006-1600 | U.S. Department of Justice |
| (202) 778-9000 | 950 Pennsylvania Ave, N.W. |
| barry.hartman@klgates.com | Washington, D.C. 20530 |
| | (202) 514-8100 |
| Sandra L. Brown | |
| THOMPSON HINE LLP | *Attorneys for Respondents* |
| 1919 M Street, N.W., Suite 700 | |
| Washington, DC 20036-3537 | |

*Attorneys for Petitioner*

Dated: August 17, 2017

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of August, 2017, a copy of the foregoing Stipulation for Voluntary Dismissal was electronically filed with the Clerk of Court for the United States Court of Appeals for the District of Columbia Circuit through the appellate CM/ECF system, which will provide service on the parties.

                                                  /s/ Barry M. Hartman
                                                 Barry M. Hartman